November 29, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederick B. Campbell* for petitioner. *Mr. John G. Johnson* for respondent.

No. 666. FRANK J. PRAME, PETITIONER, *v.* ALBERT T. FERRELL. December 6, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Jesse A. Fenner* for petitioner. *Mr. William Howell* for respondent.

No. 685. SAMUEL GOMPERS ET AL., PETITIONERS, *v.* THE BUCK'S STOVE & RANGE COMPANY. December 6, 1909. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. J. H. Ralston, Mr. F. L. Siddons, Mr. W. E. Richardson* and *Mr. Alton B. Parker* for petitioners. No brief filed for respondent.

No. 639. HENRY D. SPENCER ET AL., PETITIONERS, *v.* VICTOR M. WATKINS ET AL. December 6, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Newel H. Clapp, Mr. Edward F. Treadwell* and *Mr. John S. Partridge* for petitioners. *Mr. Frank B. Kellogg* and *Mr. C. A. Severance* for respondents.

No. 670. CHARLES W. MORSE, PETITIONER, *v.* THE UNITED STATES. December 6, 1909. Petition for a writ of certiorari